■ HELEN ZOLLO, Respondent, v. CARMINE C. ZOLLO, Appellant.— In an action for a separation, the appeal is from so much of an order made on reargument as adheres to the original determination awarding to respondent alimony of $35 a week and a counsel fee of $350. Order modified by striking therefrom the third ordering paragraph and by striking from the second ordering paragraph everything following the words "adhered to" and by substituting therefor the words "except that the alimony payable pendente lite to the plaintiff shall be at the rate of $17.50 a week; and it is further". As

so modified, order, insofar as appealed from, affirmed, without costs. In our opinion, upon the uncontested factual showing of appellant's $48 weekly "take-home" pay, an alimony award of $35 a week was not warranted, and an award of $17.50 a week *pendente lite* under the circumstances of the case is appropriate. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur. [See *post*, p. 1027.]